# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SUZANNE DEVINS <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:16-CV-05004-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment is GRANTED. The Commissioner's Motion for Summary Judgment is DENIED. This matter is REMANDED to the Commissioner for additional proceedings consistent with the Order. Judgment is entered in the Plaintiff's favor.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Shea  on motions for Summary Judgment.

Date:  October 28, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy